LAWRENCE G. BROWN
Acting United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

FILED
JAN 27 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CATHLEEN ROSE STEPHENS, ) <br>   aka Cathleen Cromer, and ) <br> D. C. CROMER, ) <br>   aka Dangerfield Coldly Cromer ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____) | 1:05 CR 00260 AWI <br><br> MOTION BY THE UNITED STATES OF AMERICA TO UNSEAL INDICTMENT, DISMISS INDICTMENT AND RECALL ARREST WARRANT AND ORDER THEREON |

The United States Attorney's office hereby moves for an order unsealing and dismissing the Indictment in the captioned action against the defendants without prejudice in the interest of justice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The United States further moves for an order recalling any outstanding warrants for the arrest of the defendants in connection

///

///

1

1 | with this case.

4
5 | DATED: January 26, 2009                Respectfully submitted,

6 | McGREGOR W. SCOTT
United States Attorney

7 | By /s/ Sheila K. Oberto
8 | SHEILA K. OBERTO
Assistant U.S. Attorney

                                   ORDER

IT IS SO ORDERED.

January 26, 2009

HONORABLE ANTHONY W. ISCHII
U.S. District Judge

2